(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**UNITED STATES DISTRICT COURT FILED**
**JAN 25 2023**
**MARY C. LOEWENGUTH, CLERK**
**WESTERN DISTRICT OF NY**

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

Donald S. Lefler

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

1. NEW YORK STATE DEPT. OF CORRECTIONS COMMISSIONER Anthony J. Annucci
2. CAPTAIN CARROLL
3. LIEUTENANT ISAACS, 4. CAPTAIN FAENYA

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 22-CV-6468-FPG

*(to be filled in by the Clerk's Office)*

AMENDED COMPLAINT

JURY TRIAL: Yes ✓ No ___

IM SUING DEFENDANTS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — DONALD S. LEFLER

All other names by which you have been known: —

ID Number — 15B-0035

Current Institution — AUBURN CORRECTIONAL FACILITY

Address — P.O. BOX 618

AUBURN         N.Y.      13024
City            State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — ANTHONY J. ANNUCCI

Job or Title *(if known)* — N.Y.S. Dept. OF CORRECTIONS COMMISSIONER

Shield Number —

Employer — N.Y.S. Dept. OF CORRECTIONS

Address — 1220 WASHINGTON Ave. Bldg. 2

ALBANY         N.Y.      12226
City            State      Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name — CAPTAIN CARROLL

Job or Title *(if known)* — CORRECTIONAL OFFICER

Shield Number —

Employer — N.Y.S. CORRECTIONS, ELMIRA CORR. FAC.

Address — P.O. BOX 500

ELMIRA         N.Y.      14902-0500
City            State      Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

Name — LIEUTENANT ISAACS

Job or Title *(if known)* — CORRECTIONAL OFFICER

Shield Number

Employer — N.Y.S. CORRECTIONS, ELMIRA CORR. FAC.

Address — P.O. BOX 500

ELMIRA     N.Y. 14902-0500

*City*          *State*          *Zip Code*

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name — CAPTAIN FRENYA

Job or Title *(if known)* — CORRECTIONAL OFFICER

Shield Number

Employer — N.Y.S. CORRECTIONS, ELMIRA CORR. FAC.

Address — P.O. BOX 500

ELMIRA     N.Y. 14902-0500

*City*          *State*          *Zip Code*

☑ Individual capacity     ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8Th. AMENDMENT U.S. CONSTITUTION

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

NONE

**D.**  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

INMATE VIOLENCE, CORRECTION OFFICERS NOT PROTECTING INMATES.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NONE

**B.**  If the events giving rise to your claim arose in an institution, describe where and when they arose.

ELMIRA PRISON ON 8-9-2020

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**   What date and approximate time did the events giving rise to your claim(s) occur?

8-9-2020

**D.**   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I WAS ATTACKED And CUT up by A Black Blood Gang member who Lived in cell I-6-2. OTHER people SAW THE ATTACK, buT were AFRAid To COME FORWARd.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Received 2½ inch RAZOR CUT on my FACE. Also ONE inch CUT behind my RighT EAR. I Asked FoR STiTches, I goT Tape THAT fell off. I WAS never CAlled báck To medicAL. my MANY CRies FoR help. To STAFF of my wouNdS WERE ignored. DELiBERATE indiFFeReNce.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I RequesT TweNTy Five Million DollARS FoR my PAiN ANd MENTAL ANquish And Deliberate indiFFeReNce And TeN Million iN PuNiTiue DAmAges. ToTAL: 35,000,000,00.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

**B.**     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

**C.**     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**     If you did file a grievance:

1.     Where did you file the grievance?

ELMIRA PRISON

2.     What did you claim in your grievance?

INMATE Violence - I WAS Violently ASSAULTED.

3.     What was the result, if any?

They Never Answered my Complaint.

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I ZEROX my Complaint And sent To Them 12 Different Times, They Never Answered me.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

I did File A GRIEVANCE.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I DID File A GRIEVANCE.
They NeveR Answered me.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Filed ORiginAL GRIEVANCE on 9-10-2020
Plus Twelve AddiTionAL Times.
They NeveR AnsweRed me.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.      If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit
        Plaintiff(s)    _____
        Defendant(s)    _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

        _____

3.      Docket or index number

        _____

4.      Name of Judge assigned to your case

        _____

5.      Approximate date of filing lawsuit

        _____

6.      Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.    _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1-15-2023

Signature of Plaintiff     *Donald Lefler*
Printed Name of Plaintiff   DONALD S. LEFLER
Prison Identification #    15B0035
Prison Address       AUBURN CORRECTIONAL FAC. P.O. BOX 618
              AUBURN          N.Y.      13024
                   *City*            *State*     *Zip Code*

B.   **For Attorneys**

Date of signing:   _____

Signature of Attorney    _____
Printed Name of Attorney   _____
Bar Number         _____
Name of Law Firm      _____
Address          _____
                   *City*            *State*     *Zip Code*
Telephone Number      _____
E-mail Address       _____

Print      Save As...      Add Attachment      Reset

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

42 U.S.C. 1983          CASE NO: 22-CV-06468-FPG
                              JURY TRIAL DEMANDED

## AMENDED COMPLAINT

DONALD S. LEFLER,
                    PLAINTIFF

          V.

                              DEFENDANTS,
1. NEW YORK STATE DEPARTMENT
   OF CORRECTIONS COMMISSIONER
   ANTHONY J. ANNUCCI, IN THEIR
   INDIVIDUAL AND OFFICIAL CAPACITY.

2. CAPTAIN CARROLL, IN THEIR
   INDIVIDUAL AND OFFICIAL CAPACITY

3. LIEUTENANT ISAACS, IN THEIR
   INDIVIDUAL AND OFFICIAL CAPACITY.

4. CAPTAIN FRENYA, IN THEIR
   INDIVIDUAL AND OFFICIAL CAPACITY.

## INMATE VIOLENCE

ON 8-9-2020 while I WAS INCARCERATED AT ELMIRA PRISON 1879 DAVIS STREET, P.O. BOX 500, ELMIRA, N.Y. 14902-0500  phone: 607-734-3901

I WAS IN THE BALL PARK, I WAS ATTACKED by A BLACK GANG MEMBER, "Bloods GANG. THE PERPETRATOR Lived IN CELL I-6-2

The Bloods GANG MEMBERS CONTROL THE PHONES, AND THEY do NOT WANT ANY WHITE INMATES USING THE PHONES.

The WHITE POPULATION IS ONLY TEN PERCENT. UNLIKE THE FEDERAL PENITENTIARS where The WHITE INMATES ARE FIFTY PERCENT.

ELMIRA IS A HOSTILE, DANGEROUS place.

I WAS THERE FOR FIVE YEARS, and during THESE FIVE YEARS MANY WHITE INMATES HAVE BEEN STABED and CUT by BLACK Blood GANG MEMBERS. IF your WHITE AT ELMIRA, you ARE A TARGET, MANY SERIOUSLY WOUNDED, ONE DEAD.

I INFORMED THE STAFF MANY TIMES THAT The Bloods THREATENED ME. They did NOTHING TO hELP ME.

I WAS A OPEN TARGET WITH NO PROTECTION. IT IS THE DUTY OF THE N.Y.S. DEPARTMENT OF CORRECTION TO PROTECT ALL INMATES FROM INMATE VIOLENCE.

(Pg. 2)

I WAS BLEEDING AND IN EXTREME PAIN. I WOKE UP THE GUARD who WAS Sleeping AT THE BALL PARK FOR HELP. HE WAS MAD I WOKE him UP. He Told ME I HAVE TO WAIT. HE KEPT ME WAITING A HALF AN hour. This WAS DELIBERATE INDIFFERENCE. FINALLY I WAS TAKEN TO THE INFIRMIRY. THE NURSE E. PIERCE NEVER gAVE ME STITCHES which I DESPER-ATELY Needed, She PUT SOME TAPE ON my wounds, I ASKED FOR STITCHES. She Refused. DELIBERATE INDIFFERENCE. She WAS cold And NON-CARING.

I hAD A 2½ inch deep cUT To my FACE, AND 1 inch deep cUT behind The EAR. The PAiN WAS horRiBLE. I hAD MENTAL ANqUiSh. Im AFRAID To go To THE YARD. I STILL To This dAY geT NighTMARE'S FROM This viciOUS ATTACK AGAINST ME. To bE A TARGET, A VicTim BECAUSE of The color of my SKIN.

I WAS SENT bACK To my CELL where within ONE hour The NURSE TAPE She PUT ON my FACE fell OFF. I hAD To TAKE brown paper Towels To hold my wounds. The Blood KEPT coming oUT. I WAS SCAREd ThAT I would Bleed To DeATh. I YELLed To THE GUARD To TAKE ME

(Pg. 3)

BACK TO THE INFIRMIRY, but I WAS JUST ignored. I WAS never cAlled bACk TO INFIRMIRY. I Told GuARd And NURSE THAT THE PERPETRATOR Lived in CELL I-6-2, buT They diden'T CARE. And did noThing AbouT iT.

PLAINTiFF SEEKS $35 million IN COMPENSATORY And puniTive damAGES.

The STAFF AT ELMIRA TREATEd ME AS THE PERPETRATOR INSTEAD of THE VicTim. I NEVER Took Drugs in my LiFE. CAPTAIN CARROLL Approved THAT I be given A Drug TesT. URINE TesT. The CAPTAIN SAid Suspicion. LT. ISAACS APPROVEd To hAve my CELL SEARched To LooK FoR DRugs AND WEApoNS. I do NOT HAVE ANY DRUGS oR WEAPONS. LT. ISAACS cAlled CAPTAIN FRENYA who Approved Drug TesT And cell SEARch. LT. ISAACS WAiTed 5½ houRS To CAll CAPTAIN FRENYA. The SupeRviSoR oFFiceRs here did NOTHING To help me. They ARE GovERNMENT OFFICIALS, which mAKES Them STATE And federAL OFFICIALS. They NEVER ARRESTED The peRpeTRATOR. I Told Them whAT cell he Lived iN.

(Pg. 4)

N.Y.S. Department of Corrections
Commissioner Anthony Annucci
Bldg. 2   1220 Washington Ave.
Albany, N.Y. 12226
    Commissioner is Responsible
For my Safety And every N.Y.S.
Prisoner. There's An old Saying:
Watch your sheep !!! Make Sure
your N.Y.S. Dept. of Correction
Employees Are doing A Professional Job.
Why Are the Camera's broken in the
BallPark? Why Aren't the white inmates
being protected Against Gang/inmate
Violence? This extreme Racist Violence
has been going on A long Time.
    Inmate Violence. Why has it not
been Corrected?
    It is incorrect by the Courts Stating
Under the Eleventh Amendment That
Defendants on original Complaint Cannot
be sued under There Official Capacity.
I Specifically put down I Sue Them
in There Official or individual Capacity.
Therefore they should of been put down
As sued under their individual Capacity
At Court.

(Pg. 5)

My cell being searched for drugs and weapons showed how I went from victim to perpetrator. instead of the correction officers going to cell I-6-2 where the perpetrator lived. Give him a urine drug test. Search his cell for drugs and weapons. They came after me. Causing me mental anguish. Distrust in staff. Extreme pain from my wounds. I went thru extreme pain and suffering. I could of been murdered.

The medical treatment at Elmira Prison was far from adequate. I was never seen by a Doctor Graves. I'm just lucky I didn't end up in the Grave.

Failure to protect against inmate violence. Deliberat indifferance. N.Y.S. D.O.C. Commissioner Anthony J. Annucci, Captain Carroll, Lieutenant Isaacs, Captain Frenya are responsible for my safety. They failed the test.

I have permanent scars. Permanent mental suffering.

I pray this court grants me $35 million in compensatory and punitive damages.

Sunday January 15, 2023
(Pg-6)

SIGNATURE
X Donald Lefer

## STATEMENT OF CLAIM

I AM THE VICTIM OF GANG
INMATE VIOLENCE.
I WAS ATTACKED IN ELMIRA PRISON
by A Blood GANG MEMBER bECAUSE
I AM WhITE. I WAS BRUTAILy CUT UP.
They (Blood GANG) dOES NOT WANT
WhITE INMATES TO USE The phoNES.
This is A EighT AMENdMENT ViolATioN
UNdER The UNiTEd STATES CoNSTiTUTioN
OF AMERicA. This RACIST ANd phoNE
SiTUATioN hAS bEEN goiNG ON FoR yEARS.
ThE STAFF KNoWS oF This BEhAVIOR,
ANd dOES NOT CORRECT iT. LEAViNg myself
ANd OThER WhITE INMATES iN SERious DANgER.
This is DElibERATE INdiFFERENCE by
STAFF, A 8th. AMENdMENT VioIATioN.
INSTEAd OF hElPiNg ME, CAPTAiN CARRoll
APPRovEd ME TO gET A URiNE dRug TEST.
I NEVER TOoK DRugS iN my LiFE.
8-9-2020 I NEEdEd hElP, buT I RECEivEd
AbUSE by STAFF. LT. ISAACS APPRovEd
my CEll bEiNG SEARChEd FoR DRugS ANd
WEAPoNS. NoThiNg FOUNd. I AM ThE VicTiM
ANd I bECAME ThE PEPETRATOR by
STAFF. LT. ISAACS CAllEd CAPTAIN
FRENYA who APPRovEd ThESE 8Th. AMENd.
                        ( Pg. A. )

VIOLATION UNDER THE UNITED STATES CONSTITUTION. CREUL AND UNUSUAL PUNISHMENT. DELIBERATE INDIFFERENCE TOWARDS ME. .

N.Y.S. COMMISSIONER ANTHONY J. ANNUCCI WHO IS THE PERSON IN CHARGE OF N.Y.S. PRISONS.

WATCH YOUR SHEEP MR. ANNUCCI. YOU JOB IS TO PROTECT THE PRISONERS FROM INMATE VIOLENCE. YOU MUST BE HELD ACCOUNTABLE.

CAMERA'S NOT WORKING IN BALL PARK. VICTIM UPON VICTIM, NOTHING CHANGES. THE 2 CAPTAINS AND LIEUTENANT IN THIS CIVIL RIGHTS LAWSUIT MUST BE HELD ACCOUNTABLE. COMMISSIONER ANNUCCI MUST BE HELD ACCOUNTABLE FOR NOT PROTECTING INMATES WHO WERE VICTIMS OF INMATE VIOLENCE.

(Pg. B)

# Exhibit's

## Exhibit A    Picture of my Wounds. plus injury Report.

## Exhibit B    Inmate Grievance Complaint.

## Exhibit C    Elmira Prison Documents.

# Exhibit A







U.I. #20-0227 8-9-2020 2:32 pm Inmate Lefler, Donald 15B0035 I-6-5 Photographed by Sgt. Albert

Foil  1/21/21

FORM 1595 (11/11)                STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INMATE INJURY REPORT**

| Facility Elmira | Date of Injury 8/9/20 | Time of Injury 230 pm | Location Injury Occurred Ball Park | |
|---|---|---|---|---|
| Inmate Name Lefler Donald | | | DIN 15B0035 | Housing Location I-6-5 |

What was cause of Inmate's Injury? Altercation with another inmate

Inmate's Statement:
No statement

_xxDonia W_                    _8/9/20_
Inmate's Signature                    Date

Witnesses  M. Albs  M. ALBERT          Sgt.
Reporting Employee                    Title

---

**FACILITY HEALTH SERVICES REPORT**

| Date injury reported: 8/9/20 | Time: 2³² AM/PM | Description of injury*: Cut to Right Face 2½" + 1" behind |
|---|---|---|

Right Ear

---

FRONT          BACK

OD (Right)

OS (Left)

| Date of medical examination: 8/9/20 | Time: 240 pm |
|---|---|

Services Provided: All Areas Cleaned with Soap + Water + Steri Strips applied to Cuts Right Face + neck  8 Steri Strips total w/ Willie De Sisn to DP moved 8/10/20

| Was inmate admitted to facility infirmary? ☐ Yes ☐ No | Outside hospital? ☐ Yes ☑ No | If yes, where? | PCP on site evaluation? ☐ Yes ☐ No | Telemed evaluation? ☐ Yes ☑ No |
|---|---|---|---|---|

| Name and title of person furnishing treatment at facility: | | |
|---|---|---|
| Elizabeth Pierce (Signature) | Elizabeth Pierce (Print) | RN-II (Title) |

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

# Exhibit B

FORM 2131E (REV. 6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE GRIEVANCE COMPLAINT

Grievance No.

ELMIRA                    CORRECTIONAL FACILITY

Date    9/10/20

Name  Donald Lefler                    Dept.No. 15B0035    Housing Unit  IPC-7-9

Program    N/A        AM    N/A    PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible)  On 8/9/20, I suffered severe injuries

after I was assaulted in recreation. I have complained several times to staff that

my safety was in jeopardy due to the ongoing racial tensions and threats I've been

receiving by other inmates and I was ignored and treated with indifference. I am now

in severe pain,            and left with permanent scars, both emotionally

and physically...

Grievant
Signature _____

Grievance Clerk _____    Date: _____

Advisor Requested  ☐ YES  ☐ NO    Who: _____

Action requested by inmate:  (1). All staff to adhere my pleas for safety. (2). All medical

staff to help relieve my constent pain upon my request without being ignored.

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

## INMATE GRIEVANCE COMPLAINT

| Grievance No. |
|---|

ELMIRA _____ CORRECTIONAL FACILITY

Date __9/10/20__

Name __Donald Lefler_____ Dept. No. __15B0035__ Housing Unit __IPC-7-9__

Program __N/A_____ AM __N/A_____ PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) __This is a formal grievance complaint__
__specifically against the Security staff, the medical department and the Superintendent,__
__for the following reasons: (1). For abusing their position & authority here and purposely__
__not doing anything to ensure the safety and security of the inmate population such as myself__
__in their care and custody. Refusing to do anything to curb the many slashings, cuttings__
__and stabbings that occur here. One recently resulting in the death of an inmate... (2).__
__For the Elmira C.F. & the above named staff to be held responsible for allowing: (See Attached__
description of problem)

Grievant
Signature _____

Grievance Clerk _____    Date: _____

Advisor Requested    [ ] YES    [ ] NO    Who: _____

Action requested by inmate: __That this matter/problem be investigated and addressed/reviewed by__
__D.O.C.C.S. Central Office and by the Office of Special Investigations, because this facility__
__staff and administration can't seem to get control of these situations or simply refuse to__
__truly put any effort in combatting this ongoing problem. (See attached action requested)__

This Grievance has been informally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

<u>INMATE GRIEVANCE CONTINUED.</u>

(2).    An unknown inmate to come behind me while I was sitting on the bleachers in the yard and slash/cut my face with a razor/weapon, right in front of the security staff and the security staff did not apprehend said inmate and did nothing to prevent this incident when they are supposed to be watching and did not apprehend the individual who cut me from behind across my face. They failed to provide for my health and safety.

(3).    For Elmira C.F. & the above named staff were supposedly not doing anything about my injuries and them purposely not providing me with any medical care/treatment; for them purposely not providing any follow-up care, and not giving me anything for the pain I am in, and for ignoring all my requests since then to be seen.


<u>ACTION REQUESTED:</u>    (2).  That I receive the madical care/attention I need & that they are supposed to provide.  (3).  That I receive punitive & compensatory damages and money for their neglect and for my injuries, pain & suffering.  (4).  That some other staff be appointed by DOCCS CENTRAL OFFICE to review this incident  and to correct Elmira's security staffs failure to protect its inmates from uncalled for and unnecessary violence at this facility.  (5).  That some kind of punitive and/or disciplinary action be taken against the Elmira staff and its security and medical staff as well as the Superintendent for not protecting me , warning me or stopping this incident from happening and failing to provide me with the proper medical care. and;

For any other and further relief that may be deemed just and proper.


Dated:___/___/___                        Inmate: <u>Donald Lefler</u>
                                         Din.# <u>15B0035</u>


cc:      file

# Exhibit C

```
PAGE   1                      STATE OF NEW YORK             PRINTED AT
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   08/12/20  01:08 PM
                         UNUSUAL INCIDENT REPORT
```

ELMIRA GENERAL              FAC CODE 110     FAC LOG# 200226    CCC# 289323

INCIDENT DATE   08/09/20  TIME 02:32 PM  LOCATION  YARD        BALL PARK

TELEPHONE DATE  08/09/20  TIME 07:59 PM

    PERSON CALLING        LT    ISAACS
    PERSON RECEIVING      CAPT  A████G FRENYA

REPORT DATE      08/10/20     PERSON REPORTING CAPT   S. HENRY

    USE OF FORCE   NO      WEAPON USED  YES     WORKPLACE VIOLENCE  NO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ASSAULT                   (02) 01
ON INMATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DESCRIPTION:

WHILE IN THE BALLPARK DURING AFTERNOON RECREATION, INMATE LEFLER,
DONALD 15B0035 (I-6-5) REPORTED TO CO FERRARO THAT HE HAD BEEN CUT BY AN
UNKNOWN INMATE IN THE BALLPARK BLEACHERS WITH AN UNKNOWN CUTTING TYPE
WEAPON. AREA SUPERVISOR SGT ALBERT NOTIFIED AND ORDERED INMATE LEFLER
ESCORTED TO FACILITY MEDICAL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EVENTS CAUSING:

INMATE LEFLER, D.15B0035 REPORTED TO STAFF IN THE BALLPARK THAT HE HAD BEEN
CUT FROM BEHIND BY AN UNKNOWN INMATE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACTION TAKEN:

INMATE LEFLER WAS ESCORTED TO THE FACILITY INFIRMARY FOR EXAMINATION WHERE
THE FOLLOWING INJURIES WERE NOTED: A 2 1/2 INCH SUPERFICIAL LACERATION TO
THE RIGHT FACE AND A 1 INCH SUPERFICIAL LACERATION BEHIND THE RIGHT EAR. 8
STERI STRIP WERE APPLIED TO CLOSE THE WOUNDS. SGT ALBERT ORDERED A CELL
SEARCH OF I-6-5 WHICH YIELDED NO REPORTABLE CONTRABAND. INMATE LEFLER

```
PAGE   2                     STATE OF NEW YORK          PRINTED AT
            DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   08/12/20  01:08 PM
                           UNUSUAL INCIDENT REPORT
```

ELMIRA GENERAL              FAC CODE 110    FAC LOG# 200226    CCC# 289323

INCIDENT DATE   08/09/20  TIME 02:32 PM  LOCATION  YARD        BALL PARK

   USE OF FORCE  NO      WEAPON USED  YES    WORKPLACE VIOLENCE  NO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACTION TAKEN:                     (CONTINUED)
  REMAINED IN I-6-5 PENDING IPC. SGT ALBERT DEEMED INMATE LEFLERS INJURY TO
  BE CONSISTENT WITH AN UNRECOVERED CUTTING TYPE INSTRUMENT. AN INCIDENT AREA
  SEARCH WAS CONDUCTED DURING WHICH NO WEAPON WAS RECOVERED AND NO
  PERPETRATOR WAS IDENTIFIED. ALL PERTINENT PAPERWORK AND PHOTOS SUBMITTED.
  NOTIFICATIONS MADE TO SUPT RICH, DS1 YEHL, DSS KELLER, CAPT HENRY AND OD
  ADSMH WHITE.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MEDICAL REPORT:

  INMATE LEFLER WAS NOTED TO HAVE A 2 1/2" CUT TO RIGHT FACE AND A 1" CUT
  BEHIND RIGHT EAR. ALL AREAS CLEANSED WITH SOAP AND WATER. 8, HALVED STERI-
  STRIPS WERE APPLIED TO RIGHT FACE AND NECK.

   E. PIERCE              /NURSE                 08/09/20  02:40 PM
                  EXAMINER NAME/TITLE                  EXAM DATE/TIME


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPERTY DAMAGE:

  NONE


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTIFICATION (FAMILY):

  NONE

```
PAGE   3                   STATE OF NEW YORK              PRINTED AT
           DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   08/12/20  01:08 PM
                        UNUSUAL INCIDENT REPORT



  ELMIRA GENERAL             FAC CODE 110    FAC LOG# 200226    CCC# 289323



  INCIDENT DATE    08/09/20  TIME 02:32 PM  LOCATION  YARD      BALL PARK

     USE OF FORCE  NO       WEAPON USED  YES    WORKPLACE VIOLENCE  NO

  ******************************************************************************
  NOTIFICATION (POLICE/OTHER):

   NONE



  ******************************************************************************
                          INMATE INFORMATION:
  ******************************************************************************

  LEFLER, DONALD                   15B0035   DOB 06/14/1961 ETHNIC- WHITE

     GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON      FORCE      INJURY
     ASSAULT      - ON INMATE           VICTIM  UNR/CUTTNG             LACERATION



  ******************************************************************************
                         EMPLOYEE INFORMATION:
  ******************************************************************************

  FERRARO, J           ▓▓▓▓        CO
     GEN INCIDENT - SPECIFIC INCIDENT     FORCE       INJURY       DEGREE
     ASSAULT      - ON INMATE
  ******************************************************************************
  ALBERT, M            ▓▓▓▓        SGT

     GEN INCIDENT - SPECIFIC INCIDENT     FORCE       INJURY       DEGREE
     ASSAULT      - ON INMATE

  ******************************************************************************


   SPT JOHN RICH                                      08/12/20
   SUPERINTENDENT                                      DATE
```



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

TO: Lt. Isaacs

FROM: Sgt. M. Albert

DATE: 8-9-2020

SUBJECT: U.I.# 20-0226

Sir,

On 8-9-2020 at approximately 2:32 pm, Inmate Lefler, Donald 15B0035 (I-6-5) reported to Officer Ferraro that he had been cut. I was notified and inmate Lefler was escorted to the facility infirmary for examination. Inmate Lefler was noted to have a 2 1/2-inch laceration to the right side of is face and a 1-inch laceration behind his right ear. Inmate Leflers injuries were consistent with an unrecovered cutting type weapon. I ordered Leflers cell frisked with no reportable contraband found. I interviewed inmate Lefler and he stated that while 2 inmates were fighting an inmate approached him from behind and cut him while he was seated at the bleachers. I ordered the incident area frisk with no weapon recovered. Inmate Lefler was unable to identify the inmate that assaulted him. Inmate Lefler was placed back in cell I-6-5 pending involuntary protective custody status. All pertinent documents and photographs have been submitted.

Respectfully Submitted,

*Sgt. Miller*

Sgt. M. Albert

Form 2082 (05/12)                STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS & COMMUNITY SUPERVISION

# REQUEST FOR URINALYSIS TEST

Facility          **Elmira Correctional Facility**          Test # _____

Inmate Name          **Lefler, Donald**          Number  **15B0035**  Cell  **I-6-5**

Request made by          **Sgt. Albert**          Date      **8/9/2020**

Agent(s) suspected (if any)      **Full Scan**

Circumstances leading to request   **Inmate assaulted by unkown inmate. Possibly drug related.**

_____

Test approved by  Captain Carroll                                        Date **8/9/2020**

Inmate told the underlying reason why he is being ordered to submit a urine specimen

(circle one:   Suspicion    Routine    Random    )

By _____ Date _____ Time _____

Has inmate taken medication recently?   (  YES  or  NO  ) Specify _____

Inmate ordered to submit specimen:                          Date _____ Time _____

Specimen witnessed and obtained by _____ Date _____ Time _____

Does inmate willfully refuse to submit specimen?  (  YES  or  NO  )

Does inmate claim to be unable to submit specimen in the presence of others?

                                (YES  or NO)*      DATE _____ TIME _____

    *(In the event an inmate makes this claim, the procedures in Directive #4937, section IV-E shall be followed.)

    IF INMATE CLAIMS TO BE UNABLE TO SUBMIT SPECIMEN, HAS INMATE BEEN GIVEN AT LEAST THREE HOURS
    TO SUBMIT SPECIMEN (  YES  or  NO  )

Specimen tested by (1st Test) _____ Date _____ Time _____

Results _____

Specimen tested by (2nd Test) _____

Results _____

**Chain of Custody (Starting with staff obtaining specimen. Attach additional pages if necessary.)**

| From | To | Date | Time |
|------|-----|------|------|
| From | To | Date | Time |
| From | To | Date | Time |
| From | To | Date | Time |
| From | To | Date | Time |
| From | To | Date | Time |

This form is to be filled out **completely**. It is to accompany the specimen until the specimen is tested.
If the specimen is positive, a **Misbehavior Report** shall be written.



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

TO: Lt. Isaacs

FROM: Sgt. M. Albert

DATE: 8-9-2020

SUBJECT: U.I.# 20-0226

Sir,

On 8-9-2020 at approximately 2:32 pm, Inmate Lefler, Donald 15B0035 (I-6-5) reported to Officer Ferraro that he had been cut. I was notified and inmate Lefler was escorted to the facility infirmary for examination. Inmate Lefler was noted to have a 2 1/2-inch laceration to the right side of is face and a 1-inch laceration behind his right ear. Inmate Leflers injuries were consistent with an unrecovered cutting type weapon. I ordered Leflers cell frisked with no reportable contraband found. I interviewed inmate Lefler and he stated that while 2 inmates were fighting an inmate approached him from behind and cut him while he was seated at the bleachers. I ordered the incident area frisk with no weapon recovered. Inmate Lefler was unable to identify the inmate that assaulted him. Inmate Lefler was placed back in cell I-6-5 pending involuntary protective custody status. All pertinent documents and photographs have been submitted.

Respectfully Submitted,

*Sgt. M. Albert*

Sgt. M. Albert

Form 2168 (Rev.6/93)

(copy locally as needed)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

**ELMIRA**   Correctional facility

Check One   ☐   ADMINISTRATIVE SEGREGATION RECOMMENDATION
            ☑   INVOLUNTARY PROTECTIVE CUSTODY RECOMMENDATION

1. Inmates Name :   Lefler, Donald   DIN :   15B0035   CELL :   I-6-5

2. Reason for this recommendation :

During recreation in the Facility Ball Park on 8-9-2020, inmate Lefler was assaulted while seated in the bleachers. Inmate Lefler was unable to identify the perpetrator. Inmate Lefler refused to sign in to voluntary protective custody. A copy of the signed protection waiver is attached.

| 8/9/2020 | 3:00 pm | M Albert | | Sergeant |
|----------|---------|----------|--|----------|
| Date   /   TIME | | Name Of Person Making Recommendation | SIGNATURE | TITLE |

3. Is inmate confined pending a determination on this recommendation ?   ☑ YES   ☐ NO

4. If Yes,
   a. Housing unit of present confinement   I Block   CELL :   6-5

   b. Authorized by:   Lt. Isaacs

Notice to inmate: A hearing will be conducted within 14 days of this recommendation in accordance with provisions of Part 254 of chapter V. You will entitled to call witnesses on your own behalf, provided that doing so does not jeopardize institutional safety or correctional goals.

If restricted pending a hearing on this recommendation, you may write to the Deputy Superintendent for security or his/her designee prior to the hearing to make a statement on the need for continued confinement.

Distrbution:   Original   - Inmate
               Copy   - Disciplinary Office





**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## PROTECTION WAIVER

I ___LEFLER___ ___DONALD___ ___15B0035  I-6-5___
     (Last Name)            (First Name)           (D.I.N.#)

feel that I have no need for protection from anyone in population here at Elmira Correctional

Facility. I Feel, at this time, that there is no threat to my life by returning to general population.

I further assert that this action was initiated by myself, and that I take full responsibility for any

And all consequences.

Inmate Signature: ___Donald Lefler___

Date: ___8/9/20___

Interviewer Signature: ___Sgt. Car___

Data: ___8-9-20___



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

TO: Sgt. M Albert                    DATE: 8-9-2020

FROM: C.O. J Ferraro

SUBJECT: Cutting Reported to me in Bull Park

On the above date at approximatley 2:32 pm Inmate Jefler, Donald 15B0035 I-6-5 Reported to me that he had been cut by an unknown inmate on his Right cheek in the Ballpark Bleecher area. The cut on deflers right cheek was approximatley 2½ inches long He also had a cut behind Right ear approximately 1 inch long. The area Supervisor was Notified and inmate Jefler was escorted to facility medical. At the time of incident there were approximatley 141 inmates in the ballpark

Respectfully Submitted,
co J Ferraro

EL199 (08/15)

Elmira Correctional Facility, 1879 Davis Street, P.O. Box 500, Elmira, NY 14902-0500 | (607) 734-3901 | www.doccs.ny.gov



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

# CERTIFICATION

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF CHEMUNG  )

I, A████ Ersley, being duly sworn, depose and say:

That I am an Office Assistant II in the Inmate Records Office at the Elmira Correctional Facility, and hereby certify that the attached documents are true and exact copies of the Unusual Incident Report, inc. date 8/9/20, which is on file with the New York State Department of Correctional Services for 15B0035 Lefler, Donald.

_____
A. Ersley, Office Assistant II

FORM 3105A (7/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name: Lefler, Donald _cell splenist_ | DIN: 15B0035 | Date of Birth: 6/14/61 | Facility Name: Elmira |

---

**Subjective:** No longer has congestion or cold symptoms; helped by nasal spray. Has pain in foot when walking.

**Objective:** O: 978 99 98%

Lungs clean ⊕ ⊖ R
⊕ foot tender anterior plantar area

**Assessment:**

**Plan:** A/P ① Foot Pain —
start ibuprofen, get x-ray
② Nasal congestion — resolved

Last Name: Lefler, Donald
DIN: 15B0035    Location: _____
Date: 5/7/20    Time: _____

Provider Orders:
① X-ray ® foot
② D ibuprofen 600mg
+ tab ® daily
#30 refx 3

Signature/Provider # John ___    RN Transcribing Order/Provider #/Date/Time: ____ 5/7/20

---

**Subjective:** Cut by another inmate

**Objective:** Cut to ® face + ear

**Assessment:** 97-88-70  136/72  100%
2½" cut ® face + 1" cut behind ® ear

**Plan:** All areas cleaned c soap & H2O
Steri strips 8 total applied

Dr. Moore notified & will evaluate in AM 8/10/2020

Last Name: Lefler, Donald
DIN: 15B0035    Location: I-6-5
Date: 8/9/2020    Time: 2:4 PM

Provider Orders:

Signature/Provider # Efilene RN # 404    RN Transcribing Order/Provider #/Date/Time: 8/9/2020

---

**Subjective:** Inmate No Show AM Sick Call

**Objective:**

**Assessment:**

**Plan:**

Last Name: Lefler, D
DIN: 15B0035    Location: I-6-5
Date: 8/10/20    Time: 12:25 PM

Provider Orders:

Signature/Provider # See ___    RN Transcribing Order/Provider #/Date/Time: _____

Continue entry into next box if necessary.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW

CASE NO. 22-CV-6468-FPG

To: HONORABLE CLERK OF COURT
Enclosed is my AMENDED Complaint,
AS ordered by your Court.
PlEASE have The UNITED STATES
MARShall's serve The Four
DEFENdANTS with The
AMENDED Complaint AND SUMMONS.

RespectFully SubmiTTED

1-15-2023          Donald Lefler

DoNALd S. LeFLER
15B0035
AubuRN CORRECTIONAL Facility
P.O. BOX 618
AubuRN, N.Y.
13024